UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80215-CIV-MARRA/MATTHEWMAN

PATRICIA KENNEDY

    Plaintiff,

v.

JUPITER AA HOTEL, LLC,

    Defendant.
_____/

## JUDGMENT

Based upon this Court's Order granting in part and denying in part Plaintiff Patricia Kennedy's Verified Application for Attorneys' Fees, Costs, and Expert Fees (DE 13), Judgment is hereby entered in favor of Plaintiff for attorney's fees in the amount of $3,525.00 and costs in the amount of $465.00, for a total of $3,990.00.  This Judgment shall bear interest at the rate of 1.78% per annum from the date of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of January, 2018.

                                                        _____
                                                        KENNETH A. MARRA
                                                        United States District Judge